**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

- Plaintiff,

vs.

FREDRICK COATES
SS# XXX-XX-6790

Defendant ______________________________/

Case No. 06-15785

Honorable: Julian Abele Cook Jr.

Claim Number: 1999A22245

**PETITION TO RELEASE TAX GARNISHMENT**

NOW COMES the Plaintiff herein, by and through its attorneys, and hereby petition **that the TAX GARNISHMENT** issued by this Court be dismissed and the **STATE OF MICHIGAN TREASURY DEPARTMENT** is released from any liability to the Plaintiff.

Dated: March 15, 2008

By: S/ PAMELA S. RITTER
Holzman Ritter & Leduc PLLC.
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340
usa@holzmanlaw.com
P47886