**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

- Plaintiff,

vs.

FREDRICK COATES
SS# XXX-XX-6790

Defendant,
_______________________________________/

Case No. 06-15785

Honorable: Julian Abele Cook Jr.

Claim Number: 1999A22245

# SATISFACTION OF JUDGMENT

TO THE CLERK OF THE COURT:

This is to certify that the judgment entered in this case on January 31, 2007 in favor of the Plaintiff and against the defendant, FREDRICK COATES in the amount of $2,554.11 has been satisfied in full.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 15, 2008

By: s/ PAMELA S. RITTER
Holzman Ritter & Leduc PLLC.
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340
usa@holzmanlaw.com
P47886